UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV20-05172 JAK (AFMx) | Date | August 24, 2020 |
| Title | Alexis Burke v. Mercedes Benz USA, LLC | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| V.R. Vallery for A. Keifer | Lisa Gonzalez |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| David N. Barry | Samantha Koopersmith |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND TO STATE COURT (DKT. 10);**

**SCHEDULING CONFERENCE**

The motion hearing is held telephonically. Counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. The Court inquires of counsel regarding the amount in controversy. Counsel and the Court discuss the following issues: (i) the interpretation of the more than $25,000 amount in controversy alleged in the Complaint; (ii) the calculation of actual damages based the amount Plaintiff has paid under the Lease Agreement; and (iii) the consideration of a civil penalty under the Song-Beverly Consumer Warranty Act, punitive damages for fraud, and estimated attorney's fees. The Motion is taken **UNDER SUBMISSION**, and a written order will be issued.

The Scheduling Conference proceeds. The Court has reviewed the parties' August 14, 2020 Joint Report. If the Motion is denied, a separate scheduling order will issue that grants the parties' request to participate in a settlement conference with a private neutral and that adopts the following schedule to which the parties agreed at the hearing:

| | |
|---|---|
| October 23, 2020: | Last day to amend or add parties |
| May 10, 2021: | Last day to participate in a settlement conference/mediation |
| May 14, 2021: | Last day to file notice of settlement / joint report re settlement |
| May 24, 2021 at 11:30 a.m.: | Post Mediation Status Conference |
| July 12, 2021: | Non-Expert Discovery Cut-Off |
| July 26, 2021: | Initial Expert Disclosures |
| August 9, 2021: | Rebuttal Expert Disclosures |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV20-05172 JAK (AFMx) | Date | August 24, 2020 |
| Title | Alexis Burke v. Mercedes Benz USA, LLC | | |

| | |
|---|---|
| August 23, 2021: | Expert Discovery Cut-Off |
| August 23, 2021: | Last day to file All Motions *(including discovery motions)* |

The Court proposes that counsel begin discussing potential private neutrals to confirm that they can agree on at least one. This should expedite the settlement process regardless of whether the matter proceeds here or in the Superior Court. If the Motion is denied, the scheduling order will direct the parties to file a joint report regarding an agreed upon private neutral. If the parties are not able to agree, each party should present three nominees, together with copies of their respective resumes and a statement of their hourly rates. The Court will then select the private neutral from the six nominees proposed by the parties.

**IT IS SO ORDERED.**

: 21

Initials of Preparer   vrv