UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS BURKE, an individual, | No. 2:20-cv-05172-JAK-AFMx |
| Plaintiff, | **ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE (DKT. 28)** |
| v. | |
| MERCEDES-BENZ USA LLC, a Delaware Limited Liability Company, and DOES 1 through 20, inclusive, | **JS-6** |
| Defendants. | |

Based on a review of the parties' Joint Stipulation for Dismissal with Prejudice (the "Stipulation" (Dkt. 28)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED.** Pursuant to Federal Rule of Civil Procedure 41(a), the above-captioned action is dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**


Dated:  September 9, 2021

_____
John A. Kronstadt
United States District Judge